UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Glock 20 Gen 4 10mm Caliber Pistol
S/N BLXN311; Del Ton Rifle, 5.56 or
.223 S/N DTI-S163738; Mossberg 12 Gauge
Shotgun Model 590 Short Barrell S/N V1078228;
Glock 26 9mm S/N BDNX145; Glock 17 S/N
Removed (Restored to S/N ACNX577) 9mm;
and Glock 17 S/N Removed (Restored to
S/N BFEL782) 9mm,

    Defendants *in rem*.

Civil No. 24-cv-12268
Hon. Matthew F. Leitman

---

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendants *in rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS HEREBY ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the

Defendants *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendants *in rem,* which consists of the following: Glock 20 Gen 4 10mm Caliber Pistol S/N BLXN311; Del Ton Rifle, 5.56 or .223 S/N DTI-S163738; Mossberg 12 Gauge Shotgun Model 590 Short Barrell S/N V1078228; Glock 26 9mm S/N BDNX145; Glock 17 S/N Removed (Restored to S/N ACNX577) 9mm; and Glock 17 S/N Removed (Restored to S/N BFEL782) 9mm are **FORFEITED** to the United States under 18 U.S.C. § 924(d) and a Final Order of Forfeiture as to the Defendants *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendants *in rem*, is forever **EXTINGUISHED** and clear title to the Defendants *in rem* is **VESTED** in the United States.

The Federal Bureau of Investigation, or its designee, is **AUTHORIZED** to dispose of the Defendants *in rem* according to law.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
